# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSVALDO LUNA,**

   **Plaintiff,**

v.              Case No: 6:17-cv-2124-Orl-22GJK

**FRANK SCHULZ and F.S. PROPERTY MAINTENANCE, INC.,**

   **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 25) filed on April 13, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Notice of Non-Objection to Report and Recommendations (Doc. No. 27), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 16, 2018 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice is hereby GRANTED. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record